# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ROGELIO GUEVARA**  **PETITIONER**
Reg #13880-030

v.    CASE NO. 2:21-CV-00173-BSM

**JOHN P. YATES,** *Warden,*
*FCI Forrest City Low*    **RESPONDENT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Patricia S. Harris's findings and recommendation [Doc. No. 13] are adopted, and Rogelio Guevara's petition [Doc. No. 1] is dismissed.

IT IS SO ORDERED this 17th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE